```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 21599
  JAMES A EARLES
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-4264


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 06/04/04 and confirmed on 08/20/04.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  36695.00 .

   4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
GMAC PAYMENT CENTER        SECURED         11250.00       1333.74       11250.00
GMAC PAYMENT CENTER        SECURED         11031.93       1306.38       11031.93
INTERNAL REVENUE SERVICE   PRIORITY         4160.45        877.23        4160.45
ILLINOIS DEPT REVENUE      PRIORITY           24.13           .00           24.13
BOTTOM LINE BOOKS          UNSECURED       NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED          278.55          .00           46.53
CAPITAL ONE FINANCIAL      UNSECURED         3032.03          .00          506.53
CAPITAL ONE FINANCIAL      UNSECURED         5533.42          .00          924.41
RESURGENT CAPITAL SERVIC   UNSECURED          324.77          .00           54.26
B LINE LLC                 UNSECURED          559.89          .00           93.53
PREMIER BANKCARD/CHARTER   UNSECURED         1127.75          .00          188.40
HSBC                       UNSECURED       NOT FILED          .00            .00
WASHINGTON MUTUAL CARD S   UNSECURED       NOT FILED          .00            .00
B FIRST LLC                UNSECURED         1837.13          .00          306.91
RESURGENT CAPITAL SERVIC   UNSECURED          288.70          .00           48.23
GMAC PAYMENT CENTER        UNSECURED         1686.92          .00          281.82
INTERNAL REVENUE SERVICE   UNSECURED          213.85          .00           35.73
ILLINOIS DEPT REVENUE      UNSECURED           30.00          .00            5.01
        Summary of disbursements:

                   SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED 22281.93      4184.58    14913.01         .00       41379.52
PRINCIPAL PAID     22281.93      4184.58     2491.36         .00       28957.87
INTEREST PAID       2640.12       877.23         .00         .00        3517.35
TOTAL PAID         24922.05      5061.81     2491.36         .00       32475.22
The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    1519.78 .
```

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/08/08                      /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE